**mcm** Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108

12-20-2017

Nelson Espinal
P34T878 001
[address redacted]

| | |
|---|---|
| Original Creditor | Citibank, N.A. |
| Original Account Number | ████8145 |
| MCM Account Number | ████8517 |
| Current Balance | $4,160.70 |
| Current Owner | Midland Funding LLC |

You are pre-approved for a 40% discount!
Call (800) 321-3809

## Choose The Option That Works For You.

RE Citibank, N.A.    Best Buy Credit Card

Dear Nelson,

Congratulations! You have been **pre-approved** for a discount program designed to save you money. Act now to maximize your savings and put this debt behind you by calling (800) 321-3809. Pay online today at www.midlandcreditonline.com.

**Option 1: 40% OFF**
Payment Due Date: 01-19-2018
You Pay Only
$2,496.42

**Option 2: 20% OFF**
First Payment Due Date: 01-19-2018
12 Monthly Payments of Only
$277.38

**Option 3: Monthly Payments As Low As:**
† Call today to discuss your options and get more details.
$50 per month†

### Benefits of Paying!

➢ Save up to $1,664.28

➢ Offer Expiration date:
01-19-2018

**CALL US TODAY!**
(800) 321-3809

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Tim Bolin, Division Manager

Hours of Operation
Sun-Th: 5am-9pm PT;
Fri-Sat: 5am-4:30pm PT;

 (800) 321-3809     midlandcreditonline.com     Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

---

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

MCM Account Number    ████8517
Current Balance    $4,160.70

Total Enclosed    $          .

Mail Payments to:
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

 **Manage Your Account Online**
midlandcreditonline.com

**Important Payment Information**

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments


(800) 321-3809

se habla espanol
(888) 422-5178